UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
SANDRA NERY,   Case No: 16-22209-RAM
                                                                                                    Chapter 7

_____Debtors_____/

**MOTION TO REINSTATE CHAPTER 7 CASE**

**COME NOW,** the Debtor, Sandra Nery**,** by and through her undersigned counsel and moves this Honorable Court for an Order Reinstating Case and as grounds therefore would show:

1. On September 1, 2016 the instant case was filed as a chapter 7 bankruptcy.

2. On September 21, 2016 this case was dismissed due to debtor's counsel's failure to timely file the required Payment Advices.

3. Due to a computer failure, the payment advices were not timely uploaded.

4. The required documents are being filed simultaneously with this Motion.

5. The Debtors case was filed in good faith and the Debtors will be unjustly prejudiced if not permitted to reinstate the case.

**WHEREFORE,** the Debtor pray this Court grant an Order Reinstating Dismissal and reinstating this case.

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent on 24th day of September, 2016 via ecf to Marcia T. Dunn, 555 NE 15 St., Ste.934-A, Miami, FL 33132 and regular mail to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33010
Tel. 305-374-1234

By:*/s/ Robert Sanchez*_____
        Robert Sanchez, Esq., FBN#0442161

Blmdsnb
9111 Duke Blvd
Mason, OH 45040

Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX 75093

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Cbna
Po Box 6497
Sioux Falls, SD 57117

Cbna
Po Box 6497
Sioux Falls, SD 57117

Cbna
Po Box 6189
Sioux Falls, SD 57117

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase Card
Po Box 15298
Wilmington, DE 19850

Citi
Po Box 6241
Sioux Falls, SD 57117

Comenity Bank/Express
Po Box 182789
Columbus, OH 43218

Comenity Bank/Nwyrk&Co
220 W Schrock Rd
Westerville, OH 43081

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Ford Cred
Po Box Box 542000
Omaha, NE 68154

Mcydsnb
9111 Duke Blvd
Mason, OH 45040

Mohela/Dept Of Ed
633 Spirit Dr
Chesterfield, MO 63005

Mohela/Dept Of Ed
633 Spirit Dr
Chesterfield, MO 63005

Mohela/Dept Of Ed
633 Spirit Dr
Chesterfield, MO 63005

Syncb/JCP
POB 965007
Orlando, FL 32896-5007

Syncb/Walmart
Po Box 965024
Orlando, FL 32896

Us Dep Ed
Po Box 5609
Greenville, TX 75403

Us Dep Ed
Po Box 5609
Greenville, TX 75403

Wf Crd Svc
Po Box 14517
Des Moines, IA 50306